UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                                                :

In re *Ex Parte* Application of                       :

Michèle Assouline,                                   :
For an Order Pursuant to 28 U.S.C. § 1782 to Conduct  :
Discovery for Use in a Foreign Proceeding           :   Misc. Case No. M-_____
                                                                               :
---------------------------------------------------------------------x

**APPLICATION OF MICHÉLE ASSOULINE FOR AN**
***EX PARTE*** **ORDER PURSUANT TO 28 U.S.C. § 1782 TO**
**OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING**

For the reasons set forth in the accompanying Memorandum of Law and Supporting Declarations of Michèle Assouline, Dorothée De Bernis, and MarcAnthony Bonanno, and based upon the documentary evidence attached to the Supporting Declarations, Michèle Assouline ("**Ms. Assouline**" or "**Applicant**") respectfully requests that the Court (a) grant the *Ex Parte* Application For An Order Pursuant to 28 U.S.C. § 1782 To Obtain Discovery For Use In A Foreign Proceeding; (b) enter the Proposed Order submitted herewith; (c) authorize Applicant to issue and serve the document Subpoenas attached as Exhibits 1 through 8 to the Declaration of MarcAnthony Bonanno; and (d) grant any and all other relief to Applicant as deemed just and proper.

Dated: October 23, 2025

    <u>/s/ MarcAnthony Bonanno</u>
**SEIDEN LAW LLP**
MarcAnthony Bonanno
Amiad Kushner
Peter Grabowski
322 Eighth Avenue, Suite 1200
New York, NY 10001
mbonanno@seidenlaw.com
akushner@seidenlaw.com
pgrabowski@seidenlaw.com
(646) 766-1723

*Attorneys for Applicant*
*Michèle Assouline*