UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
In re *Ex Parte* Application of :
:
Michèle Assouline, :
For an Order Pursuant to 28 U.S.C. § 1782 to Conduct :
Discovery for Use in a Foreign Proceeding : Case No. 1:25-mc-00467
:
:
---------------------------------------------------------------------x

### ORDER GRANTING MICHÉLE ASSOULINE'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782

Upon consideration of the *ex parte* application filed by Michèle Assouline ("**Applicant**" or "**Ms. Assouline**") for an order pursuant to 28 U.S.C. § 1782, the accompanying Memorandum of Law, the Declaration Michèle Assouline, the Declaration of Dorothée De Bernis, the Declaration of MarcAnthony Bonanno, and all supporting documents thereto (collectively, "**Application**"), it is hereby:

**ORDERED AND ADJUDGED:**

1. The Application is **GRANTED**;

2. Ms. Assouline is authorized to issue and serve a subpoena for the production of documents on Credit Industrial et Commercial S.A. ("**CIC**") in substantially the same form of the proposed subpoena attached as Exhibit 1 to the Declaration of MarcAnthony Bonanno;

3. Ms. Assouline is authorized to issue and serve a subpoena for the production of documents on J.P. Morgan Chase & Co. ("**JPMC**") in substantially the same form of the proposed subpoena attached as Exhibit 2 to the Declaration of MarcAnthony Bonanno;

4. Ms. Assouline is authorized to issue and serve a subpoena for the production of documents on Wells Fargo Bank, N.A. ("**Wells Fargo**") in substantially the same form of the proposed subpoena attached as Exhibit 3 to the Declaration of MarcAnthony Bonanno;

5. Ms. Assouline is authorized to issue and serve a subpoena for the production of documents on Hongkong and Shanghai Banking Corporation ("**HSBC**") in substantially the same form of the proposed subpoena attached as Exhibit 4 to the Declaration of MarcAnthony Bonanno;

6. Ms. Assouline is authorized to issue and serve a subpoena for the production of documents on Citibank, N.A. ("**Citi**") in substantially the same form of the proposed subpoena attached as Exhibit 5 to the Declaration of MarcAnthony Bonanno;

7. Ms. Assouline is authorized to issue and serve a subpoena for the production of documents on the Bank of New York Mellon Corporation ("**BNY**") in substantially the same form of the proposed subpoena attached as Exhibit 6 to the Declaration of MarcAnthony Bonanno;

8. Ms. Assouline is authorized to use and serve a subpoena for the production of documents on The Federal Reserve System ("**Fed**") in substantially the same form of the proposed subpoena attached as Exhibit 7 to the Declaration of MarcAnthony Bonanno;

9. Ms. Assouline is authorized to issue and serve a subpoena for the production of documents on the Clearing House Payments Company, L.L.C. ("**CHP**") in substantially the same form of the proposed subpoena attached as Exhibit 8 to the Declaration of MarcAnthony Bonanno;

10. Applicant's counsel must serve a copy of this Order and all papers upon which it was based together with the subpoenas discussed in the preceding paragraphs;

11. CIC, JPMC, Wells Fargo, HSBC, Citi, BNY, the Fed, and CHP (together, "**Respondents**") shall respond to the subpoenas for the production of documents within fourteen (14) days of service of the subpoenas;

12. To the extent Respondents file a motion (a "Motion") in this Court seeking to quash or modify the subpoenas issued pursuant to this Order, any opposition to such a Motion shall be filed within nine (9) days of the filing of that Motion;

13. Any reply to that opposition shall be filed within five (5) days of the filing of the opposition;

14. Respondents must complete their document production within ten (10) days of service of the subpoenas or this Court's Order denying the Motion and allowing the subpoenas, whichever is later;

15. Until further ordered by this Court, Respondents shall preserve all documents and evidence, electronic or otherwise, in their possession, custody, or control that contain information potentially relevant to the subject matter of Ms. Assouline's document requests, as set forth in the document subpoenas. Respondents shall not file any documents produced in response to the subpoenas with this Court absent leave of the Court; and

16. This Court shall retain such jurisdiction as is necessary to effectuate the terms of these subpoenas.

**SO ORDERED**.

Dated: October 27, 2025

UNITED STATES DISTRICT JUDGE