**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Job #:** 1505552

**Attorney:** Seiden Law LLP
**Address:** 322 Eighth Avenue, Suite 1200 New York, NY 10001

| | |
|---|---|
| In re Ex Parte Application of Michele Assouline,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | **Case No.:** 1:25-mc-00467<br>**Client's File No.:**<br>**Court Date:**<br>**Court Time:**<br><br>**Date Filed:** |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **10/29/2025**, at **10:44 AM** at: **520 MADISON AVENUE, 36TH FLOOR, NEW YORK, NY 10022** Deponent served the within **Subpoena Duces Tecum with Exhibit A, Dkt. 12 - The Court's Order Granting Application, Dkt 1 Motion for discovery for use in foreign proceedings, Dkt. 2 Miscellaneous Cover Sheet, Dkt. 3 - Declaration of Michele Assouline and accompanying exhibits 1-7, Dkt. 4 Declaration of Dorothée De Bernis and accompanying exhibits 1-10, Dkt. 5 Declaration of MarcAnthony Bonanno and accompanying exhibits 1-7, Dkt. 6 Memorandum of Law, Dkt. 8 Notice of Appearance Amiad Kushner, Dkt. 9 Notice of Appearance Peter Grabowski and Dkt. 11 - Letter motion requesting expedited review**

On: **CREDIT INDUSTRIAL et COMMERCIAL S.A.**, therein named.
Said documents were conformed with index number endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Jacquline Keller personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be General Counsel thereof, authorized to accept on behalf.

☒ **#2 PERCEIVED DESCRIPTION**
**Gender:** Female **Race:** White **Color of hair:** Brown **Glasses:** No
**Age:** 36-50 **Height:** 5ft 4inch - 5ft 8inch **Weight:** 100-130 Lbs. **Other Features:**

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☒ **#4 OTHER**
Ms. Keller stated that she is authorized to accept service on behalf of the company.

Sworn to before me on 10/30/2025

[signature]

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

[signature]

Baldeo C. Drepaul
License# 2093579-DCA

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Job #:** 1505553

**Attorney:** Seiden Law LLP
**Address**: 322 Eighth Avenue, Suite 1200 New York, NY 10001

| | |
|---|---|
| In re Ex Parte Application of Michele Assouline,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | **Case No.**: 1:25-mc-00467<br>**Client's File No.:**<br>**Court Date:**<br>**Court Time:**<br><br>**Date Filed:** |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **10/29/2025**, at **10:44 AM** at: **520 MADISON AVENUE, 36TH FLOOR, NEW YORK, NY 10022** Deponent served the within **Subpoena Duces Tecum with Exhibit A, Dkt. 12 - The Court's Order Granting Application, Dkt 1 Motion for discovery for use in foreign proceedings, Dkt. 2 Miscellaneous Cover Sheet, Dkt. 3 - Declaration of Michele Assouline and accompanying exhibits 1-7, Dkt. 4 Declaration of Dorothée De Bernis and accompanying exhibits 1-10, Dkt. 5 Declaration of MarcAnthony Bonanno and accompanying exhibits 1-7, Dkt. 6 Memorandum of Law, Dkt. 8 Notice of Appearance Amiad Kushner, Dkt. 9 Notice of Appearance Peter Grabowski and Dkt. 11 - Letter motion requesting expedited review**

On: **CREDIT INDUSTRIEL et COMMERCIAL - NEW YORK BRANCH**, therein named.
Said documents were conformed with index number endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Jacquline Keller personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be General Counsel thereof, authorized to accept on behalf.

☒ **#2 PERCEIVED DESCRIPTION**
**Gender**: Female **Race**: White **Color of hair**: Brown **Glasses**: No
**Age**: 36-50 **Height**: 5ft 4inch - 5ft 8inch **Weight**: 100-130 Lbs. **Other Features**:

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☒ **#4 OTHER**
Ms. Keller stated that she is authorized to accept service on behalf of the company.

Sworn to before me on 10/30/2025

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

Baldeo C. Drepaul
License# 2093579-DCA

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Job #:** 1505554

**Attorney:** Seiden Law LLP
**Address:** 322 Eighth Avenue, Suite 1200 New York, NY 10001

| | |
|---|---|
| In re Ex Parte Application of Michele Assouline,<br><br>*vs*<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | **Case No.:** 1:25-mc-00467<br>**Client's File No.:**<br>**Court Date:**<br>**Court Time:**<br><br>**Date Filed:** |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

**Dylan Jones**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **10/29/2025**, at **2:30 PM** at: **80 STATE STREET, ALBANY, NY 12207** Deponent served the within **Subpoena Duces Tecum with Exhibit A, Dkt. 12 - The Court's Order Granting Application, Dkt 1 Motion for discovery for use in foreign proceedings, Dkt. 2 Miscellaneous Cover Sheet, Dkt. 3 - Declaration of Michele Assouline and accompanying exhibits 1-7, Dkt. 4 Declaration of Dorothee De Bernis and accompanying exhibits 1-10, Dkt. 5 Declaration of MarcAnthony Bonanno and accompanying exhibits 1-7, Dkt. 6 Memorandum of Law, Dkt. 8 Notice of Appearance Amiad Kushner, Dkt. 9 Notice of Appearance Peter Grabowski and Dkt. 11 - Letter motion requesting expedited review**

On: **CIC MARKET SOLUTIONS, INC. C/O CORPORATION SERVICE COMPANY**, therein named.
Said documents were conformed with index number endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Minard Carkner personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Litigation Management Specialist thereof, authorized to accept on behalf.

☒ **#2 PERCEIVED DESCRIPTION**
**Gender:** Male **Race:** White **Color of hair:** Brown **Glasses:** No
**Age:** 36 - 50 Yrs. **Height:** 5ft 9inch - 6ft 0inch **Weight:** Over 200 Lbs. **Other Features:**

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☐ **#4 OTHER**

Sworn to before me on 10/30/25

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, 2026

Dylan Jones
License#