SEIDEN LAW LLP 322 EIGHTH AVENUE, SUITE 1200 NEW YORK, NY 10001

Client's File No.:
Case No.: 1:25-mc-00467
Date Filed:
Court Date:

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*In re Ex Parte Application of Michele Assouline,*

*For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding*

STATE OF LOUISIANA PARISH OF OUACHITA SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Louisiana

That on the following date: October 28, 2025, at the following time: 2:11 PM,

at MAIL CODE LA4-7300, 700 KANSAS LANE, MONROE, LA 71203 deponent served the within

Subpoena Duces Tecum with Exhibit A, Dkt. 12 - The Court's Order Granting Application, Dkt 1 Motion for discovery for use in foreign proceedings, Dkt. 2 Miscellaneous Cover Sheet, Dkt. 3 - Declaration of Michele Assouline and accompanying exhibits 1-7, Dkt. 4 Declaration of Dorothee De Bernis and accompanying exhibits 1-10, Dkt. 5 Declaration of MarcAnthony Bonanno and accompanying exhibits 1-7, Dkt. 6 Memorandum of Law, Dkt. 8 Notice of Appearance Amiad Kushner, Dkt. 9 Notice of Appearance Peter Grabowski and Dkt. 11 - Letter motion requesting expedited review

[X] Papers so served were properly endorsed with the Case No..

Upon: **JPMORGAN CHASE BANK, N.A., NATIONAL SUBPOENA PROCESSING**

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with ______________, ______________ (Relationship) a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[X] **Corporation LLC / LLP** By delivering to and leaving with Lana Robinson said individual to be Operations Specialist who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Perceived Description of Recipient** Gender: Female Race: White Color of hair: Brown Age: 36 - 50 Yrs. Height: 5ft 4inch - 5ft 8inch
Weight: 161-200 Lbs. Other Features:

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address on ______________.

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $.

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Other

Sworn to before me on 11/3/25

[signature]

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Maria Cruse 10176-110322-LA
PROCESS SERVER LICENSE #

JAMIE HODGE BADER
Notary Public
Notary ID No. 147378
Morehouse Parish, Louisiana

*COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA*

**Work Order # 1505560**