**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Job #:** 1505604

**Attorney:** Seiden Law LLP
**Address:** 322 Eighth Avenue, Suite 1200 New York, NY 10001

| | |
|---|---|
| In re Ex Parte Application of Michele Assouline,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | **Case No.:** 1:25-mc-00467<br>**Client's File No.:**<br>**Court Date:**<br>**Court Time:**<br><br>**Date Filed:** |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **10/29/2025**, at **9:51 AM** at: **66 HUDSON BOULEVARD, NEW YORK, NY 10001** Deponent served the within **Subpoena Duces Tecum with Exhibit A, Dkt. 12 - The Court's Order Granting Application, Dkt 1 Motion for discovery for use in foreign proceedings, Dkt. 2 Miscellaneous Cover Sheet, Dkt. 3 - Declaration of Michele Assouline and accompanying exhibits 1-7, Dkt. 4 Declaration of Dorothee De Bernis and accompanying exhibits 1-10, Dkt. 5 Declaration of MarcAnthony Bonanno and accompanying exhibits 1-7, Dkt. 6 Memorandum of Law, Dkt. 8 Notice of Appearance Amiad Kushner, Dkt. 9 Notice of Appearance Peter Grabowski and Dkt. 11 - Letter motion requesting expedited review**

On: **HSBC BANK USA, N.A.**, therein named.
Said documents were conformed with index number endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Gillianne J. Butler personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Client Experience Associate thereof, authorized to accept on behalf.

☒ **#2 PERCEIVED DESCRIPTION**
**Gender:** Female **Race:** Black **Color of hair:** Black **Glasses:** No
**Age:** 36-50 **Height:** 5ft 4inch - 5ft 8inch **Weight:** 161-200 Lbs. **Other Features:**

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☒ **#4 OTHER**
Ms. Butler as Client Experience Associate stated that she is authorized to accept service on behalf of the bank.

Sworn to before me on 10/30/2025
[signature]
LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

[signature]
Baldeo C. Drepaul
License# 2093579-DCA

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Job #:** 1505583

**Attorney:** Seiden Law LLP
**Address**: 322 Eighth Avenue, Suite 1200 New York, NY 10001

| | |
|---|---|
| In re Ex Parte Application of Michele Assouline,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | **Case No.**: 1:25-mc-00467<br>**Client's File No.:**<br>**Court Date:**<br>**Court Time:**<br><br>**Date Filed:** |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **10/28/2025**, at **2:44 PM** at: **28 LIBERTY STREET, NEW YORK, NY 10005** Deponent served the within **Subpoena Duces Tecum with Exhibit A, Dkt. 12 - The Court's Order Granting Application, Dkt 1 Motion for discovery for use in foreign proceedings, Dkt. 2 Miscellaneous Cover Sheet, Dkt. 3 - Declaration of Michele Assouline and accompanying exhibits 1-7, Dkt. 4 Declaration of Dorothee De Bernis and accompanying exhibits 1-10, Dkt. 5 Declaration of MarcAnthony Bonanno and accompanying exhibits 1-7, Dkt. 6 Memorandum of Law, Dkt. 8 Notice of Appearance Amiad Kushner, Dkt. 9 Notice of Appearance Peter Grabowski and Dkt. 11 - Letter motion requesting expedited review**

On: **HSBC BANK USA, N.A. c/o CT CORPORATION SYSTEM** , therein named.
Said documents were conformed with index number endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Vincenza Cipriano personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Intake Specialist thereof, authorized to accept on behalf.

☒ **#2 PERCEIVED DESCRIPTION**
**Gender**: Female **Race**: White **Color of hair:** Black **Glasses**: Yes
**Age**: 36-50 **Height**: 5ft 0inch - 5ft 3inch **Weight**: 100-130 Lbs. **Other Features**:

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☒ **#4 OTHER**
Served by e-delivery via CT Corporation Portal Upload, Job No. 729573

Sworn to before me on 10/29/2025
[signature]
LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

[signature]
Baldeo C. Drepaul
License# 2093579-DCA